IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALFONSO M. FLORES, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 20-1065-CFC-JLH |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

Plaintiff requests review of a decision by the Commissioner of the Social Security Administration. On March 24, 2021, I entered a briefing schedule under which Plaintiff was provided 45 days to file a summary judgment brief supporting his request. (D.I. 16.) On March 29, 2021, Plaintiff filed an exhibit to his Complaint; the exhibit appears to consist of medical records. (D.I. 18.) Plaintiff never filed a summary judgment brief. On July 14, 2021, I issued an Order to Show Cause why this action should not be dismissed for failure to prosecute. (D.I. 19.) Plaintiff was given until August 16, 2021 to respond to the Order. Plaintiff did not respond.

Delaware Local Rule 41.1 Provides that "in each case pending wherein no action has been taken for a period of 3 months, the Court may, on its motion or upon application of any party, and after reasonable notice and opportunity to be heard, enter an order dismissing such case unless good reason for the inaction is given." Plaintiff has taken no action in this matter for 3 months. My Order to Show Cause gave him reasonable notice that this case would be dismissed and an opportunity to be heard. Plaintiff did not respond, so I recommend that this action be dismissed for failure to prosecute.

Dated: August 19, 2021

_____
HONORABLE JENNIFER L. HALL
UNITED STATES MAGISTRATE JUDGE