IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALFONSO M. FLORES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 20-1065-CFC/JLH |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 14th day of September, 2021, having considered the Report and Recommendation by United States Magistrate Judge Jennifer L. Hall on August 19, 2021, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Hall's Report and Recommendation is adopted.

2. The above-captioned case is dismissed for failure to prosecute.

_____
Chief Judge